# EXHIBIT 3

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____ CIVIL NO. 1:23-cv-02402

JIM WANG, DEAN WANG and YuBAI,

      Plaintiff,        ORAL DEPOSITION OF

   vs.               TYRESE MAXEY

MASERATI NORTH AMERICA, INC.
and JOHN DOES 1-10,

      Defendants.
_____

      *  *  *  *  *
    Thursday, December 21, 2023
      *  *  *  *  *

     Transcript in the above matter taken at the offices of Sherman Silverstein Kohl Rose & Podolsky, P.A., 308 Harper Drive, Suite 200, Moorestown, New Jersey, taken stenographically by THERESA DiSTEPHANO, a Certified Court Reporter, License No. 30X100111500, commencing at 9:30 a.m.

MASTROIANNI & FORMAROLI, INC.
Certified Court Reporting and Videoconferencing
P.O. Box 368
Haddon Heights, New Jersey 08035
(856) 546-1100

Electronically signed by Theresa DiStephano (401-003-871-9642)                    aac5df93-c184-4066-a65a-d987ce5d401a

---

Page 2

APPEARANCES:

SHERMAN SILVERSTEIN KOHL ROSE & PODOLSKY, P.A.
BY:   JEFFREY P. RESNICK, ESQUIRE
308 HARPER DRIVE, SUITE 200
MOORESTOWN, NEW JERSEY 08057
(856) 662-0700
jresnick@shermansilverstein.com
ATTORNEYS FOR THE PLAINTIFFS

NELSON MULLINS RILEY & SCARBOROUGH
BY:   KEVIN J. PENHALLEGON, ESQUIRE
100 SOUTH CHARLES STREET
SUITE 1600
BALTIMORE, MARYLAND 21201
(443) 392-9400
kevin.penhallegon@nelsonmullins.com
ATTORNEYS FOR THE DEFENDANT

SMITHBRIDGE, LLP
BY:   ANDREW SMITH, ESQUIRE
1500 JOHN F. KENNEDY BOULEVARD
PHILADELPHIA, PENNSYLVANIA 19102
(215) 564-5291
andrew@smithbridgellp.com
ATTORNEYS FOR TYRESE MAXEY

---

Page 3

WITNESS INDEX

EXAMINATION OF MR. MAXEY BY MR. RESNICK:
    PAGES 5, 28

EXAMINATION OF MR. MAXEY BY MR. PENHALLEGON:
    PAGE 42

---

Page 4

EXHIBITS

(EXHIBITS ATTACHED TO THIS TRANSCRIPT:)

EXHIBIT MAXEY 1:   New Jersey Realtors' Standard
PAGE 8        Form of Residential Lease

---

Page 5

(T Y R E S E  M A X E Y, having been duly sworn, was examined and testified as follows:)

(EXAMINATION OF MR. MAXEY BY MR. RESNICK:)

Q.   Good morning, sir.  My name is Jeff Resnick.  I represent Jim Wang, Dean Wang, and YuBai in a lawsuit they brought against Maserati for damages arising out of a fire to their home.

Have you ever had your deposition taken before?

A.   No.

Q.   Okay.  Essentially, a deposition as your lawyer may have told you, it's just a question-and-answer session.  I going to ask you some questions.  You've taken an oath to give answers to the best of your ability.  The ground rules are very simple.  Essentially I ask; you answer.  If you don't understand what I'm saying, let me know.  I'll do my best to rephrase it.  We are not going to be here terribly long but if you want to take a break for whatever reason, that's fine, that's fine, just let me know that.  We can take a break.  The only sort of rule I have is that if a question is pending, I want you to answer it and then we'll take that break.  I have to break at 10 o'clock.  It will be for five minutes or so and then we can get cooking.

---

2 (Pages 2 to 5)

Electronically signed by Theresa DiStephano (401-003-871-9642)          aac5df93-c184-4066-a65a-d987ce5d401a

Tyrese Maxey                                                    December 21, 2023

Page 10

back, it would be on your right.  There was a shoe room kind of across from there.  My uncle lived with me, and he lived like in the corner so imagine it being back there.  Laundry -- garage, then laundry room and a kitchen, then living room.  What else?  Then you had a little small backyard.  That's where my dog could jump off the little porch and just run back and forth.  And then the basement.  I think that may be it.  I may have missed something, but...

Q.    If I'm facing the house, if I'm looking at the house, I'm facing it, where is the garage?

A.    Looking at the house, the garage would be around the left side.

Q.    Okay.  What's your uncle's name?

A.    Brandon.

Q.    Brandon, B-r-a-n-d-o-n, McFee?

A.    McKay.

Q.    M-c...

A.    K-a-y.

Q.    Is he a smoker?

A.    No.

Q.    Who else, if anyone, lived with you while you were there?

A.    That's it, and my dog.

Q.    You and your uncle?

Page 11

A.    Yup.

Q.    Do you recall approximately when you moved in?

A.    I want to say -- no, I don't remember that.

Q.    I'm going to represent to you that the lease is the term starting on August 13th, 2021.  So if that's accurate --

A.    That sounds about right.

Q.    Is that about when you moved in when you signed the lease?

A.    Yes, that sounds about right.  Around that time.

Q.    Alright.  Describe for me, if you can, the garage.

A.    It was a...I can't really remember.  It was like a three-, four-car garage.  I can't really remember though.

Q.    Alright.

A.    And it was right there up on the, walk up some stairs, and then that's where you open the door to the laundry room, you go into the house.  So it was, like I said, it was on the left side of the house, around the side, whatever, and they had four garage door openers, whatever you want to call them.

Page 12

And then they had these poles in between them to hold up the house, I think.  And then you just walk up the little stairs and you go into the...

Q.    Into the house through the laundry room?

A.    Yes.

Q.    That's the only way into the house is through the laundry room?

A.    No, there's one entry down in the basement.

Q.    From the garage?

A.    From the garage.  There's stairs down to the basement, and there was a door.

Q.    Got it.

A.    But we didn't use that.  We tried to keep it locked just in case.

Q.    Okay.  So looking at the garage sort of in your mind, what was in the garage?

A.    Maserati, Range Rover.  That's it.  There was nothing special in there.

Q.    Did you have -- did you use it for storage, for example?

A.    No.  I don't remember.  I don't really remember having anything storage-wise in there.  I can't remember honestly.  It was awhile ago.

Q.    So sitting here today, just picturing in

Page 13

your mind what the garage looked like, it was essentially an empty space with poles kind of dividing it up and two cars, a Range Rover and a Maserati?

A.    Sounds about right.

Q.    Okay.  So if I am looking at the garage, I'm facing the garage, tell me where the Maserati is as opposed to where the Range Rover is.

A.    That I don't remember.  It's four slots.  I don't remember.  I've never parked right next to each other.  I didn't want them to get, like open the door and ding it.  So it was -- always skipped a spot.  So one, no car, and car.

Q.    Okay.  So you didn't have a specific spot for the Maserati, you were always on the right-hand side or always on the left-hand side?  It wasn't like that?

A.    It didn't really matter.  It was kind of like the day, wherever my uncle parked it.  I mean, the Maserati didn't move.  It was like, you know, it was wintertime, you understand what I'm saying, so I didn't really drive it during this time.

Q.    That leads me to the next question.  Which of the cars did you drive?

A.    I drove the SUV, like around this time,

schedules@mfreporting.com   Mastroianni & Formaroli, Inc.        856-546-1100
Professionals Serving Professionals

Electronically signed by Theresa DiStephano (401-003-871-9642)                aac5df93-c184-4066-a65a-d987ce5d401a

Tyrese Maxey                                                December 21, 2023

Page 14

because it's wintertime. I didn't -- like the Maserati, sometimes it rains, I didn't want to mess up the car, whatever. So I drove the Range Rover around this time, because it was easier. You know what I mean? I am in Philadelphia or Jersey.

Q. Were they both your cars?

A. Yes.

Q. What did you uncle drive to get around?

A. He drove the Range Rover. He didn't drive the Maserati. He didn't like it. He likes trucks.

Q. Was there a third car on the property?

A. No third car.

Q. It was the two of you, and you essentially shared both cars; that's fair?

A. Correct.

Q. All right. The day of the fire, did you drive the Maserati?

A. No.

Q. When was the last time prior to the fire that you drove the Maserati, if you can estimate?

A. Maybe August, probably around that time, September maybe. You know what I'm saying? I didn't drive it during the season in the winter, because it's not -- this is not a great place, you know what

Page 15

I mean, to drive it. So I never drove it.

Q. Do you know if your uncle drove it from -- I am not holding you to the exact date, the August/September time?

A. No, like I said, he didn't like it. He didn't like the Maserati. It wasn't his type of car. He always drove the Range Rover. He loved the Range Rover so...

Q. To your knowledge or to your recollection, did anybody drive the Maserati from about September to December?

A. Yeah, I don't think so. I was there all the time. So I mean, not that I know of.

Q. Okay. Who had the keys?

A. They were in the house.

Q. When did you get the Maserati?

A. Okay. So I left Kentucky October 20th, so 2020, I think maybe. I don't remember what month 2020, but it was in 2020.

Q. Where did you get it from?

A. A dealership in Kentucky.

Q. Did you go get it or did somebody get it?

A. They dropped it off to me in Texas.

Q. In Texas, okay. And from the time you

Page 16

had it until the time of the fire, did anybody service the car, oil change, things like that?

A. Yeah, yeah, yeah. We definitely made sure everything was up to date with it. When I did drive it back, you know what I'm saying. We always check all the cars. My uncle makes sure all the cars are straight, so...

Q. It was your uncle that would handle that sort of thing?

A. My uncle, sometimes my dad, if he came to town. They definitely did it. I don't do much of that.

Q. What's your uncle's name? I am sorry, you told me. Where does he live?

A. He lives with me still.

Q. Oh, he still lives with you?

A. He still lives with me.

Q. Okay. So if I had questions about the service of the car or how it was riding, was he the better person to ask than you?

A. I mean, he's probably going to tell you the same thing I am telling you. He didn't drive it. He for sure never drove it. Like I said, it wasn't his style of car.

Q. The only thing he would do then is get

Page 17

maintenance?

A. Yeah, make sure, you know, it was right. Make sure everything was working well.

Q. In the time you drove it, did you have any problems with it?

A. No, I think it drove pretty smoothly. It was a great car, a really good car. It was the first car I bought. So that's -- it was special to me so...

Q. No issue with the battery?

A. Nope.

Q. Engine light never came on, nothing like that?

A. Nope.

Q. Okay. So the day of the fire, my understanding is that you drove the Range Rover?

A. Correct.

Q. And you got home around 5 o'clock?

A. That sounds about right. I don't really remember.

Q. I am just telling you what I read.

A. Probably around that time.

Q. Just to make it go a little quicker, I will tell you what I understand. You tell me if it's true of not.

5 (Pages 14 to 17)

schedules@mfreporting.com   Mastroianni & Formaroli, Inc.        856-546-1100
Professionals Serving Professionals

Electronically signed by Theresa DiStephano (401-003-871-9642)                    aac5df93-c184-4066-a65a-d987ce5d401a

Tyrese Maxey                                                     December 21, 2023

Page 18

A.    Right, right.

Q.    You had driven somebody to the airport that day?

A.    Correct.

Q.    Was there any problem with the Range Rover that day?

A.    No.

Q.    Had you had any problems driving the Range Rover in the couple weeks before the fire?

A.    No, sir.

Q.    No battery issue, the same thing with the Maserati?

A.    Nothing.

Q.    No engine light coming on, nothing?

A.    Absolutely nothing.

Q.    So it's Christmas Eve, you get home around 5 o'clock, who's home that night?

A.    Me, both my sisters, grandmother, mom, dad, uncle, twin nieces.

Q.    Okay.  And how old --

A.    Wait.  I am sorry.  I think that's it.

Q.    How about a chef, did you have a chef?

A.    No, he came in.  He wasn't there when I got there, but he did come in.

Q.    Anybody else that was there that night?

Page 19

A.    My Uncle Ryan is my dad's best friend.

Q.    All right.  Let's take the nieces out of the way.  How old are they?

A.    Now, they are nine.

Q.    Let's cross them out.  I don't need to know too much about them.  Your sisters, give me their names.

A.    Keiara Green and Denasia Maxey.

Q.    Do either of them smoke?

A.    No.

Q.    How about your grandmother?

A.    Deborah McKay.

Q.    Alright.  You are going to anticipate the next question.  Does she smoke?

A.    No.

Q.    I know it's going to be kind of redundant but I want to run through them all just so we have a record of it.

A.    No worries.

Q.    I think you told me about your mom.  Does she smoke?

A.    No.

Q.    Your dad's name?

A.    Tyrone Maxey.

Q.    Does he smoke?

Page 20

A.    No.

Q.    Brandon McKay, does he smoke?

A.    No.

Q.    And what's the chef's name?

A.    His name is Wil.  I want to say his last name is Atkins.  I may be wrong.

Q.    Do you still use him?

A.    No, no, still a good friend of mine though.  I know his first name is Wil.  I don't remember his last name.

Q.    Do you know where he is generally?

A.    He's somewhere around here in Jersey.

Q.    Does he have a company he works out of?

A.    He's kind of like an influencer chef nowadays.

Q.    You don't know the name of the company?

A.    Maybe thebraaiexperience.  If you ask me how to spell it, I'm going to tell you I have no idea.

Q.    That's alright.  I'll find it.
      Does he smoke?

A.    No.

Q.    And what's Ryan's last name?

A.    Shields.

Q.    Does he smoke?

Page 21

A.    No.

Q.    To your knowledge, was anybody in the garage prior to the fire?

A.    I think I was the last one.  Because I came in from, yeah, I came in, parked the Range Rover, came in.  That was it, and the chef pulled out front.  He used to go out the front door.

Q.    When I say smoke for all these people I wasn't limiting it -- I am considering either pipes, pot, cigars, cigarettes anything.  The same answer for all that stuff?

A.    Correct.

Q.    Okay.  Do you have an understanding as to what caused the fire?

A.    I mean, I was in the house and I was trying to get out of the house.  It wasn't really my concern.

Q.    I'll get into all those steps.  More broadly, did anybody tell you what they think caused the fire?

A.    They talked about it a little bit.  But for me, once it happened, I wanted to forget about it.  I had a lot of other stuff going on, honestly.  The day after the fire, I was flying or training to Washington, to go on an eight-day road trip.  I do my

6 (Pages 18 to 21)

Electronically signed by Theresa DiStephano (401-003-871-9642)                    aac5df93-c184-4066-a65a-d987ce5d401a

Tyrese Maxey                                    December 21, 2023

Page 22

job. At the end of the day, you know, I just kind of left it how it is, and I knew my mom and Andrew and everybody else would figure all those situations out. I just focused on working. I come back and whatever happened happened and we'll figure it out.

Q. Understood. What did anybody tell you about the cause of the fire?

A. They just told me, I mean, like I said, I didn't really ask much about it. You know what I mean? I kind of left it to them. It really wasn't my -- I didn't really -- I'm not gonna say I didn't really care because, you know, you know what I mean? It matters. I just didn't really, I didn't want to be a part of it. I didn't want to talk about it. It kind of gave me chills. The whole idea, like my family is up for the holidays, my first time hosting it, and it kind of just wasn't a great feeling. I didn't want to talk about it. I wanted to let it go.

Q. I think essentially what you said a year after on the fire, I think that's essentially what you said to the cameras, too. But did anybody, and I get you don't want to relive it. Did anybody say anything to you about the cause of the fire?

A. Maybe. I don't -- I mean, maybe somebody probably told me what they thought happened

Page 23

or speculation, but I would be, I wouldn't be telling the truth if I remembered exactly what they said. You know, I don't really remember exactly what they were telling me. Like I said, I didn't care, it wasn't a priority of mine. I wanted to know everybody was okay. That was fine with me. Once I know, we're trying find somewhere else to stay and find ways to replenish the clothes and all the stuff I lost. That's what really mattered at that time.

Q. Do you remember who may have told you about the speculation about the fire?

A. If anybody, my mom, my dad. I mean, what they probably heard or what they thought. You know what I am saying? What the lawyers told them. The fire department told them. For me, I didn't, I didn't -- nobody really reached out to me and said, this is exactly what happened. You know what I'm saying? So...

Q. So you didn't speak with anybody from the fire department about what may have caused the fire?

A. No, only I spoke to them the night of to make sure we were okay.

Q. The only one that may have told you about the speculation they heard was your mother or

Page 24

your father?

A. Right.

Q. And you don't remember what they told you?

A. No.

Q. Do you remember the temperature the night of the fire, was it cold out?

A. It was freezing.

Q. Freezing out?

A. Freezing. Most definitely below freezing.

Q. Do you know what time -- I've got two minutes, and I have to take a quick break. I apologize.

Do you know if you ever spoke with anybody from the insurance company, a Pat Early from Travelers Insurance maybe?

A. I doubt if I spoke to anybody. My mom maybe, maybe Andrew. Like I said, that's what I have the entire team for. I try to stay out most of that. Kind of keep the main thing, the main thing.

Q. So if I have any questions about any claim you made for insurance, that's not directed to you, that's better directed to your mom?

A. Yes.

Page 25

Q. Okay. I understand. Are you driving a Maserati now?

A. No.

Q. How come?

A. I just don't want to. It's not the type of car that I would like anymore. I think I like the cars I have.

Q. What do you have?

A. I have a Range Rover and I have a Nissan, and then I have a Benz.

Q. Do you think the Maserati had anything to do with the fire?

A. I don't know. I don't know. I mean, like I said, that would be a better question for the people that know. I just, you know, I prefer not to drive it anymore.

Q. I understand.

A. It's not my style anymore.

Q. Again, I apologize. I need to take a five-minute break for a quick call. When I come back we'll run through the night of the fire from the time your mom first saw that it was happening and then Kevin may have some questions for you and you'll be done. Sorry. I apologize.

(Brief Recess.)

7 (Pages 22 to 25)

Electronically signed by Theresa DiStephano (401-003-871-9642)                    aac5df93-c184-4066-a65a-d987ce5d401a

Tyrese Maxey                                            December 21, 2023

Page 26

BY MR. RESNICK:

Q.   Let's talk the night of the fire.  Tell me what you remember about any type of fire, any type of problem in the house?

A.   All I remember, my little sister smelled smoke.  I thought it was the microwave.  Because we had just -- somebody was warming up food.  That's what I thought it was.  I made like a joke.  There's food in the microwave.  She said no, I smell real smoke.  See the smoke coming from like the laundry room area.  By that time, it's now time to react.  We got everybody out.  I got outside.  By the time I got outside, the whole left side was in flames.  I called 911 and the rest is history.

Q.   Which sister smelled smoke?

A.   My youngest sister.

Q.   What's her name again?

A.   Denasia.

Q.   Where was she when she smelled the smoke?

A.   In the kitchen.  We were all in the kitchen.

Q.   So it's the garage, the laundry room, and then what's the room --

A.   Kitchen, living room.

Page 27

Q.   Okay.

A.   All of it was like in a row.  It was the garage, you walked up in the laundry room, then the kitchen and living room.

Q.   Is there a hallway between the laundry room and the kitchen or does it go right in?

A.   It's like an open space.  As soon as you open up the door to the laundry room, it's open.  You've got the island in the kitchen, whatever, you've got the next aisle, the living room.

Q.   All right.  And to your knowledge, nobody was in the garage since you were in there around 5 o'clock?

A.   Correct.

Q.   Where was the chef when this was happening?

A.   He dropped off the food.  We prayed over the food and he went on his normal way, which is the front.  He goes out the front, he drops off, you know, the trash in the trash can, and leaves.

Q.   He wasn't there at the time?

A.   No, he left.  He leaves.  Just the family was there.

MR. RESNICK:  Okay.  All right.  I don't have any other questions.  Kevin may have some

Page 28

questions.

MR. PENHALLEGON:  Let me see.  I don't want to repeat anything here.

(EXAMINATION OF MR. MAXEY BY MR. PENHALLEGON: )

Q.   Did you know the owners of the house that you were renting it from?

A.   Yes.

Q.   Okay.  How did you know them?

A.   Just from my mom, my dad, people that tell me who they were.  We were looking for houses, and looking for whatever you want to stay at.  I knew who it was.

Q.   Did you know them before you rented the house or just after you rented the house?

A.   I wouldn't say I have a personal relationship.  I mean, I just knew them because of the house it was.

Q.   And did you say your mom found the house for you?

A.   Yeah, probably my mom, and she works with some, you know, realtors.  I don't know.  I stay out of it.  She brought it to me, different houses, and I picked which one I thought I would like.

Q.   Was the house furnished when you owned it?

Page 29

A.   I refurnished the house.

Q.   You bought all new furniture?

A.   No, some of it was from my apartment.  Whatever it was.  I didn't buy all new furniture.  It was all my furniture.

Q.   There was nothing already in there already?

A.   Not that I remember.

Q.   What kind of like personal belongings, other than furniture, did you have in the house?  What kind of electronics did you bring into the house, for example?

A.   TVs, game systems.  Like, I mean, everything.  Like, all my stuff.

Q.   Was there any work done to the house during the time you lived there?

A.   On the inside of the house?

Q.   Anywhere, inside or outside.

A.   I'm sure there was.  I think so.  I think so.

Q.   Do you recall specifically what was done?

A.   The only thing I really remember is for sure, we had like a doggy run put on the outside of the house, like a fence, because there was, I needed

8 (Pages 26 to 29)

Electronically signed by Theresa DiStephano (401-003-871-9642)                    aac5df93-c184-4066-a65a-d987ce5d401a