# EXHIBIT 1

# NICHOLAS J. PALUMBO, MS, CFEI
## FORT MONMOUTH FIRE DEPARTMENT
## &
## PALUMBO INVESTIGATIONS, LLC
### 8 Vought Avenue - Freehold, New Jersey 07728
TEL: (732) 780-8929 - FAX: (732) 683-0477 – CELL: (732) 904-3234 - PAGE: (888) 312-8394
Email: firefigure@aol.com   Website: www.palumboinvestigations.com

Nick is a **32+year veteran** of the fire service, both career and volunteer. He had been the Senior Investigator/Consultant with **Star Investigations** for approximately 10 years until purchasing the company in late 2001 from its founder, John A. Rumplasch. He then changed the name to **Palumbo Investigations.** Nick performs various types of investigations and inspections for all the major insurance carriers as well as attorneys, independent adjusters and individuals involved in both criminal and civil matters and is a **Certified Expert in New Jersey Superior Courts.** Nick also holds a **Masters Degree in Fire Service Administration**

The following is a list of some of the associations that Nick is affiliated with:
* **International Association of Arson Investigators (IAAI) – Committee's Member**
* **New Jersey Chapter – IAAI –Past President '01-'05 (NJ-IAAI) Training Coord.**
* **International Association of Bomb Technicians & Investigators (IABTI)**
* **National Association of Fire Investigators (NAFI-CFEI, CFII)**
* **New Jersey Chapter – Certified Fraud Examiners (NJCFE- Associate)**
* **International Association of Investigative Locksmiths (IAIL) – Instructor**
* **National Fire Protection Association (NFPA) – Committee Member**
* **New Jersey Vehicle Theft Investigators (NJVTI) – Training Instructor**
* **International Association of Firefighters (IAFF- Local F-103-Past Official)**
* **New Jersey Society of Fire Service Instructors (NJSFSI) – State Training Comm.**
* **International Association of Fire Service Instructors (IAFSI) –Comm. Member**
* **International Association of Fire Marshal's (IAFM) –Instructor / Comm. Member**

Nick holds a **National Certification** as a **Fire and Explosions Investigator** and also carries licenses as a **Fire Inspector** and **Fire Official** in the state of **New Jersey,** as well as having the equivalent certifications from the above captioned associations. He is also a staff instructor at the **New Jersey Division of Criminal Justice's Arson Investigators Course** in **Sea Girt, NJ** where one of the portions of the class he teaches is vehicle theft and fire investigation. Nick has also trained numerous public and private industry professionals in the field of fire investigations. He has also been an instructor at numerous state, regional and nationally recognized seminars as well as having trained fire service and construction safety professionals through out the **U.S.** and in **Canada.**

With regards to the insurance industry, Nick has provided and continues to provide both CEU training and in-house training for the many different carriers of the insurance industry, as well as their employees. He has been the lead instructor at insurance schools not only in **New Jersey,** but has also instructed insurance professionals in **New York City, New York State, Pennsylvania, Connecticut, Delaware and Wisconsin.**